**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter **7**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ENKLU, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Verse Immersive**<br>**FDBA  CreateAR Corp.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3264926** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **30 N LaSalle Street**<br>**Chicago, IL 60602**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br>**30 N LaSalle Street Chicago, IL 60602**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.enklu.com/ and  https://www.verseimmersive.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **ENKLU, INC.**                                                Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **5121**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **ENKLU, INC.**                                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | Relationship | _____ |
|--------|-----------------|--------------|------------------|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**ENKLU, INC.**
**Minutes of a Meeting of the Board of Directors**
**Held May 29, 2026**
**Location: videoconference**

A meeting of the Board of Directors (the "Board") of Enklu, Inc., a Delaware corporation (the "Company"), was duly called and held on May 29, 2026. Notice of the meeting was properly given and a quorum was present. The meeting began at 2:02pm CT.

**Directors Present:**

Ray Kallmeyer, Malcolm Bourne, Austin Walne, Heidi Braun, Gale Wilkinson

**Also Present (by invitation):**

Jack O'Connor, outside counsel, Levenfeld Pearlstein LLC

**Resolutions:**

Upon motions duly made and seconded, each of the following resolutions was adopted by the Board:

**RESOLUTION 1 — AUTHORIZATION TO COMMENCE A BANKRUPTCY CASE**

The Board has determined that it is in the best interests of the Company, its creditors, and other interested parties that the Company file a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

The following resolutions are adopted by the undersigned, pursuant to the authority conferred by the organizational documents of the Company:

A. In the judgment of the Board, it is in the best interests of the Company, its creditors, members, and other interested parties that the Company file a voluntary bankruptcy petition for relief under Chapter 7 of the Bankruptcy Code (the "Bankruptcy Case") in the United States Bankruptcy Court for the Northern District of Illinois.

B. The Company's CEO, Raymond Kallmeyer, is authorized to execute all documents necessary to administer the Bankruptcy Case on the Company's behalf, including without limitation: petitions, affidavits, declarations, schedules, motions, lists, applications, pleadings, asset purchase agreements, bills of sale, certificates, guaranties, pledges, mortgages, security instruments, and other documents.

Gale Wilkinson motioned to approve, with Austin Walne seconding. Gale Wilkinson, Austin Walne, and Ray Kallmeyer voted to approve. Heidi Braun and Malcolm Bourne voted to abstain.

**RESOLUTION 2 — RATIFICATION OF DELAWARE COUNSEL ENGAGEMENT**

WHEREAS, the Company has, or may have, claims against Wanger Income and Growth Fund ("WIGF") and Eric Wanger in the Delaware Court of Chancery (the "Delaware Claim");

WHEREAS, the officers of the Company have engaged special litigation counsel to represent the Company in connection with the Delaware Claim and have executed engagement documents in connection therewith;

RESOLVED, that the engagement of special litigation counsel by the officers and all actions taken by the officers in connection therewith are hereby ratified, confirmed, and approved in all respects; and

FURTHER RESOLVED, that the officers are authorized to take all further actions necessary or appropriate to continue such representation and to pursue, settle, or otherwise resolve the Delaware Claim as they deem to be in the best interests of the Company.

Ray Kallmeyer motioned to approve, with Heidi Braun seconding. Gale Wilkinson, Austin Walne, Heidi Braun, and Ray Kallmeyer voted to approve. Malcolm Bourne voted to abstain.

**RESOLUTION 3 — RATIFICATION OF D&O RUN-OFF ("TAIL") COVERAGE**

WHEREAS, the Company has maintained directors' and officers' liability insurance and, in light of the Company's circumstances and the bankruptcy proceedings authorized herein, the officers determined that it was in the best interests of the Company and necessary to protect its current and former directors and officers to secure extended reporting period coverage, commonly known as "tail" or "run-off" coverage; and

WHEREAS, the officers of the Company have bound a three (3) year tail endorsement or run-off policy providing such coverage and have paid the associated premium;

RESOLVED, that the binding of such tail coverage and the payment of the associated premium by the officers are hereby ratified, confirmed, and approved in all respects.

Gale Wilkinson motioned to approve, with Austin Walne seconding. Gale Wilkinson, Austin Walne, Heidi Braun, and Ray Kallmeyer voted to approve. Malcolm Bourne voted to abstain.

**RESOLUTION 4 — APPROVAL OF PRIOR BOARD MINUTES**

RESOLVED, that the minutes of the meetings of the Board of Directors held on July 24, 2025 and August 15, 2025, copies of which were distributed to the directors prior to the meeting, are hereby approved and adopted as the official record of the proceedings of such meetings.

Gale Wilkinson motioned to approve, with Heidi Braun seconding. Gale Wilkinson, Austin Walne, Heidi Braun, and Ray Kallmeyer voted to approve. Malcolm Bourne voted to abstain.

**RESOLUTION 5 – OMNIBUS AUTHORITY**

RESOLVED, that the officers of the Company are, and each of them acting alone is, hereby authorized and directed to take all such further actions, to execute and deliver all such agreements, instruments, certificates, and documents, and to pay all such fees and expenses, as they may deem necessary or appropriate to carry out the intent and purposes of the foregoing resolutions; and

FURTHER RESOLVED, that any and all actions heretofore taken by the officers and directors of the Company in connection with the matters contemplated by the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

Gale Wilkinson motioned to approve, with Austin Walne seconding. Gale Wilkinson, Austin Walne, Heidi Braun, and Ray Kallmeyer voted to approve. Malcolm Bourne voted to abstain.

**Adjournment:**

There being no further business, the meeting was adjourned at 2:19pm CT.

**Signatures of Directors:**

The undersigned directors hereby certify that the foregoing are true and correct statements of the resolutions adopted at the meeting of the Board on May 29, 2026.

| | |
|---|---|
| _____ | _____ |
| Ray Kallmeyer | Heidi Braun |
| _____ | _____ |
| Malcolm Bourne | Austin Walne |
| _____ | |
| Gale Wilkinson | |

Doc ID: d1d1f3b532ce928bbbecac0618be9962e33b86c7

Debtor    **ENKLU, INC.**                                                Case number (*if known*) _____
          Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2026**
                MM / DD / YYYY

**X** **/s/ Raymond Kallmeyer**                                    **Raymond Kallmeyer**
     Signature of authorized representative of debtor                Printed name

     Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Jack  O'Connor**                           Date    **June 1, 2026**
     Signature of attorney for debtor                              MM / DD / YYYY

**Jack  O'Connor**
Printed name

**Levenfeld Pearlstein, LLC**
Firm name

**120 S. Riverside Plaza, Suite 1800**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone    **312-346-8380**      Email address    **joconnor@lplegal.com**

**6302674 IL**
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**Fill in this information to identify the case:**

Debtor name    **ENKLU, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2026**         X **/s/ Raymond Kallmeyer**
                                        Signature of individual signing on behalf of debtor

                                        **Raymond Kallmeyer**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ENKLU, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **5,677,830.24**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ **5,677,830.24**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **14,438.31**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **100,508.26**

4. **Total liabilities** ...................................................................................................
Lines 2 + 3a + 3b

$ **114,946.57**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ENKLU, INC.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank**<br>**125 S. Wacker Drive, #100**<br>**Chicago, IL 60606** | **Checking** | **9141** | **$0.00** |
| 3.2. | **Bank of America**<br>**203 N. LaSalle Drive, Lobby G1**<br>**Chicago, IL 60601** | **Checking** | **4287** | **$1,526.23** |
| 3.3. | **Brex**<br>**1 Letterman Drive, Building A**<br>**Suite A4-700**<br>**San Francisco, CA 94129** | **Online account.**<br>**Checking** | **8266** | **$91,522.64** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**          **$93,048.87**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

Debtor   **ENKLU, INC.**                                          Case number *(If known)* _____
_____
         Name

| | | |
|---|---|---|
| | **Deposit for Lease dated April 10, 2024 and Storage Agreement dated November 13, 2024  by and between 30 NORTH LASALLE OWNER, LLC ("Landlord") and Enklu, Inc. ("Tenant"), as previously amended by that certain Letter Agreement between Landlord and Tenant, dated December 22, 2025, as amended by that certain Letter Agreement between Landlord and Tenant, dated March 1, 2026.** | |
| | **On February 28, 2026, The Storage Agreement was terminated.** | |
| 7.1. | **Office. Location at 30 North LaSalle, Suite 2140, Chicago, IL** | **$5,000.00** |
| | **Deposit for Short Term-Term Lease Agreement entered into as of November 17, 2025, by and between 108 North State Street (Chicago) Owner LLC, a Delaware limited liability company ("Lessor") Enklu, Inc DBA Verse Immersive ("Lessee"). Commencing on January 1, 2026 through and including December 31, 2026.** | |
| 7.2. | **Showroom. Location: Block 37, Chicago, Illinois.** | **$8,000.00** |
| | **Retainer re Engagement Agreement, between Spiro, Harrison & Nelson and Enklu, Inc. regarding Enklu, Inc. v. Eric Wanger and Wanger Income and Growth Fund, LP, dated** | |
| 7.3. | **May 11, 2026** | **$20,000.00** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                              **$33,000.00**

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11b. Over 90 days old:       **31,781.37**    -         **0.00** =....         **$31,781.37**
                           face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**                                              **$31,781.37**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |

Debtor   **ENKLU, INC.**_____      Case number *(If known)* _____
        Name

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**
       **77 Snap Spectacles**
       **(Augmented Reality**
       **Glasses)**
       **Owner: Snap Inc.**
       **Location: Verse**
       **Chicago, Micon**
       **Cinemas, Sacramento.**      **May 2026**          **$60,442.20**                                    **$20,000.00**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    | $20,000.00 |

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |

Debtor  **ENKLU, INC.** _____    Case number *(If known)* _____
Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Lighting equipment, stage lights, electronics, tablets.**
                                             **$0.00**                    **Unknown**

51. **Total of Part 8.**                                                    **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **30 North LaSalle** | | **$5,000.00** | | **$0.00** |
| 55.2. **Lease for Office Location at 30 N. LaSalle St., Ste. 2140, Chicago, IL** | **Tenant** | **$0.00** | | **$0.00** |
| 55.3. **Lease for Showroom location. Block 37, Chicago, IL** | **Lessee** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**                                                    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor   **ENKLU, INC.**                                           Case number *(If known)* _____
_____
Name

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **IUX Patent Family. The IUX Patent Family comprises U.S. Patent No. 9,841,814 (the parent) and U.S. Patent No. 9,971,403 (a continuation of the parent), both granted and owned by Enklu, Inc.** | **$0.00** | | **$150,000.00** |
| **ENKLU Trademark. U.S. Trademark Registration No. 5,879,937 (Serial No. 88,373,920), registered October 8, 2019 in International Class 042 (scientific and technological services) as a standard-character word mark. Owned by Enklu, Inc.** | **$0.00** | | **$600,000.00** |
| **VERSE IMMERSIVE. Word mark used in continuous commerce by Enklu, Inc. across multiple operating venues. Approximately $4,000,000 of marketing spend (midpoint of $3M to $5M estimated range) has been invested in establishing the mark. The mark is the consumer-facing brand under which Enklu's location-based augmented-reality attractions are licensed and operated.** | **$0.00** | | **$900,000.00** |

Debtor   **ENKLU, INC.**                                      Case number *(If known)* _____
         Name

**Software Copyrights.**
**Enklu Player: The cross-platform real-time augmented-reality runtime, providing a platform-agnostic layer for AR content creation and playback on HoloLens 2 and Snap Spectacles 5.**
**Editron (Enklu Edit): The real-time, web-based three-dimensional augmented-reality experience editor, including an ElevenLabs voice-over frontend.**
**Trellis: The primary backend routing service.**
**Stargazer: The user-management service.**
**Import Server: The asset processing and automation pipeline.**
**Verse Party: The web-based guest check-in application.**
**VerseTag: the guest statistics and ticket-purchasing application for iOS and Android. Approximately 0.5 engineer-years invested. Replacement cost: $175,000.**
**Enklu Build: the continuous-integration and hosting frontend for Enklu Cloud. Approximately 0.25 engineer-years invested. Replacement cost: $87,500.**
**EOS (Enklu Operating Sys**                $0.00    **Replacement**              $3,850,000.00

**Content Copyrights.**
**Active titles: Everworld (HoloLens 2 and Snap Spectacles 5); Starwalk (HoloLens 2 and Snap Spectacles 5); Deck the Holograms (HoloLens 2 and Snap Spectacles 5).**

**Derivative-work title: The Unreal Garden (HoloLens 2); Trick 'r Treat AR (HoloLens 2 and Snap Spectacles 5), produced under license from Legendary Entertainment. Valuation of Enklu's derivative-work copyright is contingent on the assignability and BK-survival of the underlying Legendary license.**

**Dormant titles (revivable): The Impossible Zoo (HoloLens 2); Primal Ranch (HoloLens 2). Production assets retained; titles are technically functional and available for revival or third-party licensing.**          $0.00                                  **Unknown**

**Other Unregistered Trademarks**
**Common-law trademark rights are asserted in the following marks based on continuous use in commerce by Enklu, Inc.**
**Asserted marks include: Everworld; The Unreal Garden; Starwalk; Deck the Holograms; Enklu Cloud; Enklu Player; Enklu Build; Editron; Verse Party; VerseLive; and VerseTag.**          $0.00                                  **Unknown**

**Instagram following; network branding; unregistered marks.**          **Unknown**                          $0.00

Debtor **ENKLU, INC.**       Case number *(If known)* _____
    Name

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                  **$5,500,000.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **ENKLU, INC.**
_____  Case number *(If known)* _____
Name

---

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $93,048.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $31,781.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,677,830.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,677,830.24 |

---

**Fill in this information to identify the case:**

Debtor name     **ENKLU, INC.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **ENKLU, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,938.31 | $11,938.31 |
|---|---|---|---|---|

**Chicago Sales Tax (Tax Authority)**
**2 N. La Salle Street, Suite 1310**
**Chicago, IL 60602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2102**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Michael Spertus**
**5543 N Glenwood Ave**
**Chicago, IL 60640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **ENKLU, INC.**                                      Case number (if known) _____
_____
Name

| 3.1 | **Nonpriority creditor's name and mailing address** **810 Entertainment (Overland Park)** **13500 Nall Ave** **Overland Park, KS 66224** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** **810 Entertainment - South Barington** **100 W. Higgins Rd** **Barrington, IL 60010** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** **Airtopia** **16628 San Pedro Ave** **San Antonio, TX 78232** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$15,490.90** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** **Ballard Sparhr, LLP** **919 North Market Street, 11th Floor** **Wilmington, DE 19801-3034** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |

Date(s) debt was incurred **May 2026**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** **Brex** **1 Letterman Drive** **Building A, Suite A4-700** **San Francisco, CA 94129** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$30,000.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** **Bucket Listers** **447 Broadway, 2nd Fl #627** **New York, NY 10013** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$15,749.09** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** **Cleanbox Technology, Inc.** **3129 Tiger Run Court** **Suite 118** **Carlsbad, CA 92010** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$6,560.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   __ENKLU, INC.__                                    Case number (if known) _____
         Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colorado Canyon**
**6110 Folsom Dr**
**Beaumont, TX 77706**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dresden Castle**
**3775 E Underwood Ave,**
**Cudahy, WI 53110**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holoworld**
**Verse Nassau, PO. Box SS-19061**
**Nassau, New Providence, BAHAMAS**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,822.64** |
|---|---|---|---|

**Laserdome**
**2050 Auction Rd,**
**Manheim, PA 17545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Main Event Entertainment, Inc**
**1735 S Santan Village Pkwy**
**Gilbert, AZ 85295**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mary Pickford Theatre**
**36850 Pickfair St**
**Cathedral City, CA 92234**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micon Cinemas**
**4800 Golf Rd**
**Eau Claire, WI 54701**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue Sharing/Customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ENKLU, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

**3.15** | **Nonpriority creditor's name and mailing address**

**Mind Bender Escape Rooms**
**1500 Beach Blvd #212**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Rebounderz - Grand Rapidz**
**7500 Cottonwoods Dr**
**Jenison, MI 49428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Rebounderz - Sacramento**
**2401 Butano Dr**
**Sacramento, CA 95825**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Ripley's Believe It or Not! Pty. Lt**
**9545 S Young Pkwy, Suite 222**
**Orlando, FL 32819**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,647.20**

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Shenaniganz Family Entertainment**
**1290 I30**
**Rockwall, TX 75087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$148.03**

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Snap Inc**
**3000 31st St #C**
**Santa Monica, CA 90405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21** | **Nonpriority creditor's name and mailing address**

**The Palace (Kentucky)**
**1803 N Main St**
**London, KY 40741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **ENKLU, INC.**                                   Case number (if known) _____
_____
Name

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**The WEB Extreme Entertainment**
**7172 Cincinatti Dayton Rd**
**West Chester, OH 45069**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,242.00** |

**Troutman Pepper Locke LLP**
**111 South Wacker Drive**
**Suite 4100**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,848.40** |

**VLP Law Group**
**555 Bryant St**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Zoocade**
**11000 Middle Fiskville Rd, Ste A1**
**Austin, TX 78753**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue Sharing/Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 14,438.31 |
| **5b. Total claims from Part 2** | 5b. + | $ 100,508.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 114,946.57 |

**Fill in this information to identify the case:**

Debtor name    **ENKLU, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **See Attached Exhibit A** |

**Fill in this information to identify the case:**

Debtor name      **ENKLU, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Official Form 206H                      Schedule H: Your Codebtors                      Page 1 of 1

**EXHIBIT A**

**LIST OF CONTRACTS**

AMENDED AND RESTATED INVESTORS' RIGHTS AGREEMENT dated December 1, 2023, by and among Enklu, Inc., a Delaware corporation, the Investors and the Key Holders

AMENDED AND RESTATED RIGHT OF FIRST REFUSAL AND CO-SALE AGREEMENT dated December 1, 2023, by and among Enklu, Inc. a Delaware corporation , the Investors and the Key Holders

AMENDED AND RESTATED VOTING AGREEMENT dated December 1, 2023, by and among Enklu, Inc., a Delaware corporation, the Investors and the Key Holders

SERIES A PREFERRED STOCK AND WARRANT PURCHASE AGREEMENT dated December 1, 2023 by and among Enklu, Inc., a Delaware corporation and Purchasers

Consulting Services Agreement between Enklu, Inc. and 5th Line Financial Services, LLC dated March 31, 2025

Engagement Agreement, between Spiro, Harrison & Nelson and Enklu, Inc. regarding Enklu, Inc. v. Eric Wanger and Wanger Income and Growth Fund, LP, dated May 11, 2026

Engagement Agreement, between Ballard Spahr LLP and Enklu, Inc., as Delaware counsel in the litigation to be filed in the Delaware Court of Chancery against Eric Wanger, dated May 13, 2026

License Agreement between Enklu, Inc. and Legendary Licensing, LLC (Licensor), dated July 10, 2025

Merchant Agreement between Enklu, Inc. and Peek Travel, Inc., dated February 6, 2025

Agreement for Legal Services between Enklu, Inc. and Troutman Pepper Locke LLP, dated April 24, 2025

Agreement for Legal Services between Enklu, Inc. and Levenfeld Pearlstein, LLC, dated May 8, 2025

Master Agreement between Enklu, Inc. and Adventure Park, LLC (Airtopia), dated October 31, 2024

Proposal Outline (Master Agreement) between Enklu, Inc. and Peek Travel Inc., dated August 1, 2024

Proposal Outline (Master Agreement)  between Enklu, Inc. and Colorado Canyon dated August 27, 2024

Proposal Outline (Master Agreement)   between Enklu, Inc. and Dessden Castle, LLC dated March 9, 2026; Amendment to Verse Licensing Agreement for Dresden Castle, LLC dated March 27, 2026

Proposal Outline (Master Agreement)   between Enklu, Inc., Ripley Entertainment Inc. and its Australian affiliate, Ripley's Believe It or Not! Pty Ltd,  dated August 11, 2026

Proposal Outline (Master Agreement)   between Enklu, Inc. and Ripley's Believe It or Not! Pty Ltd, dated August 11, 2026; Amendment to Master Agreement between Enklu, Inc. and Ripley's Believe It or Not! Pty Ltd,   dated February 18, 2026

Proposal Outline (Master Agreement)  between Enklu, Inc. and Arboretum810, LLC dba 810 Entertainment (Andrew Dealy, Owner), dated December 9, 2025

Proposal Outline (Master Agreement)  between Enklu, Inc. and 810 Entertainment (Raj Kumar, Owner), dated December 29, 2025

Proposal Outline (Master Agreement)   between Enklu, Inc. and Franklin County Historical Society dba COSI dated, July 15, 2025

Proposal Outline (Master Agreement)  between Enklu, Inc. and D'Place Entertainment, dated February 24, 2025

Amendment to Verse Licensing Agreement for Holoworld between Enklu, Inc. and Nassau World Productions Co. Ltd , dated March 13, 2025

Proposal Outline (Master Agreement)  between Enklu, Inc. and The Palace, dated June 29, 2024

Proposal Outline (Master Agreement)  between Enklu, Inc. and Laserdome, dated October 19, 2023; Amendment Outline between Enklu, Inc. and Laserdome, dated January 2, 2025; Amendment Outline between Enklu, Inc. and Laserdome, dated March 3, 2026

Proposal Outline (Master Agreement)   between Enklu, Inc. and Main Event Entertainment, Inc. (SVP Entertainment), dated September 18, 2024

Proposal Outline (Master Agreement)  between Enklu, Inc. and Micon Oakwood Mall LLC, dated June 5, 2025

Proposal Outline (Master Agreement)    between Enklu, Inc. and Rock and Roll Radar (Mind Bender Escape Rooms) (Roger Baldwin, Owner), dated February 19, 2026

Proposal Outline (Master Agreement)    between Enklu, Inc. and Picnic Steakhouse Immersive Experience dated January 24, 2023; Addendum between Enklu, Inc. and Picnic Steakhouse Immersive Experience (Alejandro Molina) dated May 22, 2023

Proposal Outline (Master Agreement)   between Enklu, Inc. and WM Family Fun LLC dba Rebounderz Grand Rapids, dated December 30, 2025

Proposal Outline (Master Agreement)    between Enklu, Inc. and Sensea Immersive  dated February 26, 2026

Proposal Outline (Master Agreement)    between Enklu, Inc. and The Web Extreme Entertainment dated February 26, 2024

Proposal Outline (Master Agreement)    between Enklu, Inc. and Zone 518, LLC (Redburn Development Partners), dated April 7, 2025

Proposal Outline (Master Agreement between Enklu, Inc. and Zoocade LLC , dated April 18, 2025

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>ENKLU, INC.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,146,200.25** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$5,450,115.89** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$3,338,208.01** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **ENKLU, INC.**_____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **The WEB Extrememe Entertainment**<br>**7172 Cincinnatti Dayton Rd**<br>**West Chester, OH 45069** | **4/17/2026**<br>**3/16/2026** | **$14,420.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Micon Cinemas**<br>**4800 Golf Rd**<br>**Eau Claire, WI 54701** | **4/23/2026**<br>**3/31/2026**<br>**2/23/2026** | **$8,770.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Main Event-Gilbert**<br>**1735 S. Santan Village Pkwy**<br>**Gilbert, AZ 85295** | **2/23/26** | **$22,852.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Rebounderz - Grand Rapidz**<br>**2401 Butano Dr**<br>**Sacramento, CA 95825** | **4/20/2026**<br>**3/24/2026** | **$12,970.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Holoworld**<br>**Attn:  Verse Nassau,**<br>**Marathon and Robinson Rd, PO Box**<br>**SS-1906**<br>**Nassau, New Providence, Bahamas** | **4/17/2026**<br>**3/10/2026** | **$15,363.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Mary Pickford Theatre**<br>**36850 Pickfair St**<br>**Cathedral City, CA 92234** | **4/29/2026**<br>**4/13/2026**<br>**4/9/2026** | **$36,788.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **810 Entertainment - South Barington**<br>**1000 Higgins Rd**<br>**Barrington, IL 60010** | **4/21/2026**<br>**4/2/2026** | **$10,407.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Shenaniganz Family Entertainment**<br>**1290 I-30**<br>**Rockwall, TX 75087** | **4/30/2026**<br>**3/31/2026**<br>**2/26/2026** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **ENKLU, INC.**                                                Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Airtopia**<br>**16628 San Pedro Ave**<br>**San Antonio, TX 78232** | **3/5/2026**<br>**3/5/2026**<br>**3/5/2026** | **$30,730.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Troutman Pepper Locke LLP**<br>**111 S Wacker Drive #4100**<br>**Chicago, IL 60606** | **3/27/2026**<br>**2/27/2026** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |
| 3.11. | **Cleanbox Technology, Inc.**<br>**3129 Tiger Run Court, Suite118**<br>**Carlsbad, CA 92010** | **4/27/2026**<br>**4/27/2026**<br>**4/20/2026**<br>**4/17/2026** | **$12,505.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **Ripley's Believe It or Not! Pty. Lt**<br>**9545 S John Young Pkwy, Suite 222**<br>**Orlando, FL 32819** | **5/1/2026**<br>**4/9/2026**<br>**3/11/2026** | **$52,869.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **30 North LaSalle Owner, LLC**<br>**30 North LaSalle Owner**<br>**Chicago, IL 60654** | **5/4/2026**<br>**3/24/2026** | **$10,000.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **Zoocade**<br>**11000 Middle Fiskville Rd, Ste A1**<br>**Austin, TX 78753** | **4/16/2026**<br>**3/12/2026**<br>**2/19/2026** | **$12,787.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ray Kallmeyer**<br>**505 N State Street**<br>**Chicago, IL 60654**<br>**CEO** | **May 15, 2025 to May 15, 2026** | **$175,000.08** | **Salary** |

Debtor   **ENKLU, INC.** _____   Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Connor Anderson** **111 South Morgan Street Apt 424** **Chicago, IL 60607** **VP of Sales** | **May 15, 2025 to May 15, 2026** | **$272,651.92** | **Salary and commissions** |
| 4.3. **Mike Spertus** **5543 N Glenwood Ave,** **Chicago, IL 60640** **CTO** | **May 15, 2025 to May 15, 2026** | **$199,999.92** | **Salary** |
| 4.4. **Wanger Income and Growth Fund, LP** **42 East Schiller** **Chicago, IL 60610** **Controlling Shareholder** | **May 27, 2025 to December 19, 2025** | **$255,702.48** | **Hardware Loan Payments** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Airtopia** **16628 San Pedro Ave** **San Antonio, TX 78232** | **Setoff against revenue sharing amount** Last 4 digits of account number: _____ | **February 2026** | **$75,000.00** |

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Wanger Income and Growth Fund, LP v. Enklu, Inc.** **2025-CH-05466** | **Claims: Asserted default under the November 6, 2024 Inventory Financing and Security Agreement (100 Microsoft HoloLens 2 headsets); transaction negotiated by Wanger on both sides** | **Circuit Court of Cook County IL,Chancery** **50 W. Washington St.** **Chicago, IL 60602** | ■ Pending ☐ On appeal ☐ Concluded |

---

Debtor   **ENKLU, INC.**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Verified Complaint, ENKLU, INC.,Plaintiff, v. ERIC WANGER and WANGER INCOME AND GROWTH FUND, LP, Defendants, filed May 15, 2026**<br>**2026-0621** | **Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Rescission and/or Disgorgement of the Personal Common Warrant, Fraudulent Inducement of the Series A Board Consent, Declaratory Judgment, Breach of Contract, Tortious Interference with Prospective Economic Advantage, Tortious Interference with Employment Relationship and Continuing Breach, Breach of Confidentiality and Commercial Disparagement, Declaratory Judgment Regarding Unauthorized Commitments** | **Chancery Court of the State of Delaware**<br>**500 N King St, Wilmington, DE 19801**<br>**Wilmington, DE 19801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | ENKLU, INC. | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levenfeld Pearlstein, LLC**<br>**120 S. Riverside Plaza, Suite 1800**<br>**Chicago, IL 60606** | **Legal Retainer** | **May 11, 2026 and May 21, 2026** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

---

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **108 N State Street**<br>**Chicago, IL 60602** | **March 1, 2023 to Present** |

Debtor    **ENKLU, INC.**                                                    Case number *(if known)* _____

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.2. | **30 N. LaSalle<br>#1750<br>Chicago, IL 60602** | **April 1, 2024 to Present** |
| 14.3. | **548 Market St<br>PRM 6268<br>San Francisco, CA 94104** | **Mailing Address: 2018 to Present** |
| 14.4. | **1509 1/2 Webster Street<br>Alameda, CA 94501-3321** | **Approximately July 2017 to July 2020** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k Vestwell (Acquired Accrue)** | EIN:  **81-3062212** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k Accrue (Acquired Guideline)** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Debtor   **ENKLU, INC.**                                    Case number *(if known)*

**401k Guideline**                                          EIN:

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-5098** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2025** | **$0.00** |
| 18.2. | **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-6796** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2025** | **$0.00** |
| 18.3. | **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-6152** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2025** | **$0.00** |
| 18.4. | **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-5933** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2025** | **$0.00** |
| 18.5. | **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-5810** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2025** | **$0.00** |
| 18.6. | **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-7326** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Payroll** | **April 2025** | **$0.00** |

Debtor   **ENKLU, INC.**                                                      Case number *(if known)* _____

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.7.  **Bank of America**<br>**203 N LaSalle Dr, Lobby G1**<br>**Chicago, IL 60601** | **XXXX-6250** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2025** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Uhaul (U-Box)**<br>**Master Order Number: 99655075** | **Temporary storage no longer in use. Storage ended October 3, 2025.** | | ■ No<br>☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Snap Inc.**<br>**3000 31st Street**<br>**Santa Monica, CA 90405** | **Verse Immersive Chicago**<br>**108 N. State Street, Suite 150**<br>**Chicago, IL 60602** | **77 Snap Spectacles**<br>**(Augmented Reality Glasses)** | **Unknown** |
| **Snap Inc.**<br>**3000 31st Street**<br>**Santa Monica, CA 90405** | **Micon Cinemas**<br>**4800 Golf Rd**<br>**Eau Claire, WI 54701** | **77 Snap Spectacles**<br>**(Augmented Reality Glasses)** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **ENKLU, INC.**                                        Case number *(if known)*

---

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■   No.
    ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Eric Wanger**<br>**42 East Schiller Street**<br>**Chicago, IL 60610** | **October 2023 to May 2025** |
| 26a.2.    **Frances Rosete**<br>**Fortich Street**<br>**Malaybalay, Bukidnon 8700** | **Contractor: 2024 to April 2025** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **10**

Debtor   **ENKLU, INC.**                                                     Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kris Lawless**<br>**Fifth Line Capital**<br>**265 Franklin Street, Suite 1702**<br>**Boston, MA 02110** | |
| 26c.2. **Scott Williams**<br>**Fifth Line Capital**<br>**265  Franklin Street, Suite 1702**<br>**Boston, MA 02110** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Steven Nuechterlein (Head of Operations, Enklu, Inc.)** | **January 3, 2026** | **Routine audit update.** |

**Name and address of the person who has possession of inventory records**

**Enklu, Inc.**
**30 N. LaSalle Street**
**Chicago, IL 60602**

| | | |
|---|---|---|
| 27.2. **Steven Nuechterlein (Head of Operations, Enklu, Inc.) assisted by Fifth-Line (Independent Accountant)** | **August 27, 2025** | **Full Accounting - Coordination with Local Managers, Cross Referencing Orders vs Shipments, Updated Tracking Sheets and Records** |

**Name and address of the person who has possession of inventory records**

**Enklu, Inc.**
**30 N LaSalle Street**
**Chicago, IL 60602**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ray Kallmeyer** | **505 N. State Street #2504**<br>**Chicago, IL 60654** | **CEO, Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gale WIlkinson** | **415 N LaSalle Dr**<br>**Chicago, IL 60654** | **Board Member** | |

Debtor    **ENKLU, INC.**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Savino | 25 Taylor Street San Francisco, CA 94102 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Austin Walne | 499 Jackson Street, Suite 400 San Francisco, CA 94111 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Malcolm Borne | 135 Honeysuckle Rd Lake Forest, IL 60045 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Launch.co | 25 Taylor Street San Francisco, CA 94102 | Controlling Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| VitalizeVC | Vitalize Venture Capital 415 N LaSalle Dr, Suite 504 Chicago, IL 60654 | Controlling Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Artis Labs | 499 Jackson Street, Suite 400 San Francisco, CA 94111 | Controlling Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wanger Income and Growth Fund, LP | 42 East Schiller Chicago, IL 60610 | Controlling Shareholder | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bill Dunn | 5520 N Virginia Chicago, IL 60625 | Board Member | May 2025 to April 2026 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric Wanger | 42 East Schiller Chicago, IL 60610 | Board Member | October 2023 to May 2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **ENKLU, INC.**                                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ray Kallmeyer**<br>**505 N State Street, No 2504**<br>**Chicago, IL 60654** | **$175,000.08 Salary** | **May 15, 2025 to May 15, 2026** | **Salary** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2. | **Connor Anderson**<br>**111 South Morgan Street Apt 424**<br>**Chicago, IL 60607** | **$624,181.84  Salary and Commissions** | **May 15, 2025 to May 15, 2026** | **Salary and Commissions** |
| | **Relationship to debtor**<br>**VP of Sales** | | | |
| 30.3. | **Mike Spertus**<br>**5543 N Glenwood Ave**<br>**Chicago, IL 60640** | **350,000.16 Salary** | **May 15, 2025 to May 15, 2026** | **Salary** |
| | **Relationship to debtor**<br>**CTO** | | | |
| 30.4. | **Wanger Income and Growth Fund, LP**<br>**42 East Schiller**<br>**Chicago, IL 60610** | **$255,702.48, Hardware Loan Payments** | **May 27, 2025 to December 19, 2025** | |
| | **Relationship to debtor**<br>**Controlling Debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■  No
   ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■  No
   ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Fill in this information to identify the case:**

Debtor name __**ENKLU, INC.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**June 1, 2026**___

_____    **Raymond Kallmeyer**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    __**CEO**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **ENKLU, INC.** _____  Case No. _____
_____  Chapter  **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **25,000.00** |
   | Prior to the filing of this statement I have received | $ **25,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 1, 2026** _____          **/s/ Jack  O'Connor** _____
*Date*                                           **Jack  O'Connor**
                                                 *Signature of Attorney*
                                                 **Levenfeld Pearlstein, LLC**
                                                 **120 S. Riverside Plaza, Suite 1800**
                                                 **Chicago, IL 60606**
                                                 **312-346-8380**
                                                 **joconnor@lplegal.com** _____
                                                 *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ENKLU, INC.** _____  Case No. _____
Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 1, 2026** _____      **/s/ Raymond Kallmeyer** _____
**Raymond Kallmeyer**/**CEO**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ENKLU, INC.**                                             Case No.
                                Debtor(s)        Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ENKLU, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wanger Income and Growth Fund, LP**
**42 East Schiller**
**Chicago, IL 60610**

☐ None [*Check if applicable*]

**June 1, 2026**                         **/s/ Jack  O'Connor**
Date                                     **Jack  O'Connor**
                                         Signature of Attorney or Litigant
                                         Counsel for   **ENKLU, INC.**
                                         **Levenfeld Pearlstein, LLC**
                                         **120 S. Riverside Plaza, Suite 1800**
                                         **Chicago, IL 60606**
                                         **312-346-8380**
                                         **joconnor@lplegal.com**