| Information to identify the case: | | |
|---|---|---|
| Debtor | ENKLU, Inc. <br> Name | EIN: 81–3264926 |
| United States Bankruptcy Court   Northern District of Illinois | | Date case filed for chapter:   7   6/1/26 |
| Case number:   26–09345 | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | ENKLU, Inc. | |
| 2. | **All other names used in the last 8 years** | fdba Verse Immersive, fdba CreateAR Corp. | |
| 3. | **Address** | 30 N. La Salle Street <br> Chicago, IL 60602 | |
| 4. | **Debtor's attorney** <br> Name and address | John R O'Connor <br> Levenfeld Pearlstein LLC <br> 120 S. Riverside Plaza <br> Ste. 1800 <br> Chicago, IL 60606 | Contact phone 312–346–8380 <br><br> Email:  joconnor@lplegal.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Peter N Metrou <br> Peter N. Metrou, Chapter 7 Trustee <br> 19 E Jackson Street <br> Oswego, IL 60543 | Contact phone 630-551-7171 <br><br> Email:  trustee7@metandnem.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 6/2/26 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 14, 2026 at 12:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 751 894 0412, and Passcode 3363516791, OR call 1–872–201–2739** <br><br> For additional meeting information, go to www.justice.gov/ust/moc . |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 26-09345-JPC |
| ENKLU, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2026 | Form ID: 309C | Total Noticed: 84 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ENKLU, Inc., 30 N. La Salle Street, Chicago, IL 60602-2572 |
| 32085884 | + | 5TH LINE FINANCIAL SERVICES LLC, REGISTERED AGENT SOLUTIONS, INC., 838 WALKER ROAD SUITE 21-2, Dover, DE 19904-2751 |
| 32085967 | + | 810 Entertainment (Overland Park), 13500 Nall Ave, Overland Park, KS 66223-7206 |
| 32085885 | + | 810 Entertainment - South Barrington, 100 W. Higgins Rd, Barrington, IL 60010-9408 |
| 32085886 | + | ABV Fund I, LP, CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, Wilmington, DE 19808-1674 |
| 32085888 | + | ARTIS VENTURES MANAGEMENT, L.P., THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANG, Wilmington, DE 19801-1196 |
| 32085887 | + | Airtopia, 16628 San Pedro Ave, San Antonio, TX 78232-2242 |
| 32085889 | + | Ballard Sparhr, LLP, 919 North Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| 32085890 | + | Benjamin Jordan, 12 Bon Price Ter, Saint Louis, MO 63132-3705 |
| 32085891 | + | Bertram Meyer, 24 Ayala Ct, San Rafael, CA 94903-3812 |
| 32085892 | | Big Rock LLC, 34 Page St, San Francisco, CA 94102-5914 |
| 32085893 | + | Brex, 1 Letterman Drive, Building A, Suite A4-700, San Francisco, CA 94129-1518 |
| 32085894 | + | Brian K. Langenberg, 30 N. Gould Street, Suite N, Sheridan, WY 82801-6317 |
| 32085895 | | Brinc Limited, 7/F, Block A, PMQ,, 35 Aberdeen Street, Central,, HONG KONG |
| 32085896 | | Bucket Listers, 447 Broadway, 2nd Fl #627, New York, NY 10013 |
| 32085897 | + | Chicago Sales Tax (Tax Authority), 2 N. La Salle Street, Suite 1310, Chicago, IL 60602-3709 |
| 32085898 | + | Cleanbox Technology, Inc., 3129 Tiger Run Court, Suite 118, Carlsbad, CA 92010-6512 |
| 32085899 | + | Colorado Canyon, 6110 Folsom Dr, Beaumont, TX 77706-7266 |
| 32085900 | + | Cynthia Kallmeyerd, 11316-4 Camino Playa Cancun, San Diego, CA 92124-1576 |
| 32085901 | + | D'Place Entertainment, 36850 Pickfair St, Cathedral City, CA 92234-1325 |
| 32085902 | + | David Grant, REGISTERED AGENT, John Laster Esq, 421 E Robinson St, Orlando, FL 32801-1916 |
| 32085903 | | Dresden Castle, 3775 E Underwood Ave,, Cudahy, WI 53110 |
| 32085906 | + | ESPT Venture Fund IV, L.P., NATIONAL REGISTERED AGENTS, INC., 1209 ORANGE STREET, Wilmington, DE 19801-1120 |
| 32085904 | + | Edward Kezeli, 609 Broadway Apt 408, Santa Monica, CA 90401-2519 |
| 32085905 | + | Enklu,a Series of Jason's Syndicate, LEGALINC CORPORATE SERVICES INC., 131 CONTINENTAL DRIVE, SUITE 305, Newark, DE 19713-4324 |
| 32085907 | + | Franklin County Historical Society, Society dba COSI, 333 West Broad St., Columbus, OH 43215-2738 |
| 32085908 | | Holoworld, Verse Nassau, PO. Box SS-19061, Nassau, New Providence, BAHAMAS |
| 32085909 | + | IA Enklu Common, LLC, A REGISTERED AGENT, INC., 8 THE GREEN, STE A, Dover, DE 19901-3618 |
| 32085910 | + | IA Enklu, LLC, A REGISTERED AGENT, INC., 8 THE GREEN, STE A, Dover, DE 19901-3618 |
| 32085911 | + | IrishAngels Venture Fund I, LP, A REGISTERED AGENT, INC., 8 THE GREEN, STE A, Dover, DE 19901-3618 |
| 32085912 | + | James Fadiman, 1070 Colby Ave,, Menlo Park, CA 94025-2335 |
| 32085913 | + | John A. Spertus Trust,, dated May 29 2007, PO Box 70, Weston, MO 64098-0070 |
| 32085915 | + | Jordan Robert Merrick, 1300 13th St NW, 304, Washington, DC 20005-4476 |
| 32085916 | + | KLEVATT & ASSOCIATES, LLC, Attorney for Plaintiff #43507, 77 W. Wacker Dr, Ste 4500, Chicago, IL 60601-1680 |
| 32085919 | + | LAUNCH Incubator I, LLC, LEGALINC CORPORATE SERVICES INC., 131 Continental Drove, Suite 305, Newark, DE 19713-4324 |
| 32085917 | + | Lachman Family Limited Partnership, 1720 Shagbark Ct, Naperville, IL 60565-2711 |
| 32085918 | + | Laserdome, 2050 Auction Rd,, Manheim, PA 17545-9167 |
| 32085920 | + | Legendary Licensing, LLC, 2900 W. Alameda Ave., Suite 1500, Burbank, CA 91505-4271 |
| 32085923 | + | Legendary Licensing, LLC,, James Ngo, EVP, 2900 W. Alameda Ave., Suite 1500, Burbank, CA 91505-4271 |
| 32085922 | + | Legendary Licensing, LLC,, Kristina Holliman, SVP, 2900 W. Alameda Ave., Suite 1500, Burbank, CA 91505-4271 |
| 32085924 | + | Main Event Entertainment, Inc, 1735 S Santan Village Pkwy, Gilbert, AZ 85295-0626 |
| 32085925 | + | Margaret M. Elign, Matthew J. Leone, 2457 Norwalk Ave, Eagle Rock, CA 90041-2953 |
| 32085926 | + | Mary Pickford Theatre, 36850 Pickfair St, Cathedral City, CA 92234-1325 |
| 32085927 | + | Melani Bolyai Living Trust, dated November 1, 2017, 24 Ayala Ct, San Rafael, CA 94903-3812 |
| 32085928 | + | Metanoise LLC, 152 Oneida Court, Denver, CO 80220-6237 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: 309C | Total Noticed: 84 |

32085929 + Michael P. Spertus Living Trust Dat, Michael Spertus, Trustee, 5543 Glenwood Ave, Chicago, IL 60640-1216
32085930 + Michael Spertus, 5543 N Glenwood Ave, Chicago, IL 60640-1216
32085931 + Micon Cinemas, 4800 Golf Rd, Eau Claire, WI 54701-9044
32085965 + Mind Bender Escape Rooms, 1500 Beach Blvd #212, Jacksonville Beach, FL 32250-2624
32085932 + Motivate Ventures Fund I, LP, ATTN: COGENCY GLOBAL INC., 850 NEW BURTON ROAD SUITE 201, Dover, DE 19904-5786
32085933 + Motivate Ventures QP Fund I, LP, ATTN: COGENCY GLOBAL INC., 850 NEW BURTON ROAD SUITE 201, Dover, DE 19904-5786
32085934 + Neal Silbert Living Trust, dated, December 16, 2003, 2 Deer Hollow Court, Madison, WI 53717-2703
32085935 + Noam Silkoff, 152 Oneida Court, Denver, CO 80220-6237
32085936 + Peek Travel, Inc., 535 Mission St Fl 14,, San Francisco, CA 94105-3253
32085937 Picnic Steakhouse Immersive, Experience, Calle al Boqueron km 16, Santa Tecla, El Salvador
32085964 + Rebounderz - Grand Rapids, 7500 Cottonwood Dr, Jenison, MI 49428-7301
32085938 + Rebounderz - Grand Rapidz, 7500 Cottonwoods Dr, Jenison, MI 49428-7301
32085939 + Rebounderz - Sacramento, 2401 Butano Dr, Sacramento, CA 95825-0605
32085940 Rebounderz Adventure Parks, 5725 S VALLEY VIEW BLVD, STE 5, PMB 31661, Las Vegas, NV 89118-3122
32085941 Ripleys Believe It or Not! Pty. Lt, 9545 S Young Pkwy, Suite 222, Orlando, FL 32819
32085942 + Robert Douglas and, Heather Claxton-Douglas, 1448 Holly Ln, Munster, IN 46321-3309
32085943 + Robert R. Topping, 2510 Green Bay Road, Suite F, Evanston, IL 60201-2231
32085944 + Rock and Roll Radar, Mind Bender Escape Rooms, 1500 Beach Blvd, Suite 212, Jacksonville Beach, FL 32250-2624
32085945 + Selch Family 1993 Descendants Trust, Jason Selch, 1048 Wheatland Ave, Lancaster, PA 17603-3121
32085946 + Shenaniganz Family Entertainment, 1290 I30, Rockwall, TX 75087-4815
32085963 + Snap Inc., 3000 31st St #C, Santa Monica, CA 90405-3046
32085947 + Spiro Harrison & Nelson, Shomik Ghosh, 40 Exchange Place, Ste. 1100, New York, NY 10005-2718
32085948 + Stegosaurus Trust, 555 Bryant St #333, Palo Alto, CA 94301-1704
32085949 + The Palace, 1803 N Main St, London, KY 40741-1021
32085966 + The Palace (Kentucky), 1803 N Main St, London, KY 40741-1021
32085950 + The Robert J Khoury Declaration of, Trust dated 1/15/2024, 1540 N. State Pkwy, Apt 16C, Chicago, IL 60610-1617
32085951 + The WEB Extreme Entertainment, 7172 Cincinatti Dayton Rd, West Chester, OH 45069-1550
32085952 + Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409
32085953 + Troutman Petter Locke LLP, 111 Wasker Drive #4100, Chicago, IL 60606-4409
32085954 + VLP Law Group, 555 Bryant St, Palo Alto, CA 94301-1704
32085958 + WANGER INCOME AND GROWTH FUND, LP, Attn: Michael Kevin Forde, 111 W WASHNGTON 1100, Chicago, IL 60602-2705
32085959 + WM FAMILY FUN, LLC, 7500 COTTONWOOD DRIVE, Jenison, MI 49428-7301
32085960 + WMD Ventures, LLC, 5520 N Virginia,, Chicago, IL 60625-3918
32085955 + Wanger Family Trust dated March 30,, 2001, William Wanger Trustee, 12318 Gorham Ave, Los Angeles, CA 90049-5206
32085956 + Wanger Income and Growth Fund, LP, 42 East Schiller, Chicago, IL 60610-2110
32085961 + Zone 518, 21 Erie Blvd Inside PWR, Albany, NY 12204-2532
32085962 Zoocade, 11000 Middle Fiskville Rd, Ste A1, Austin, TX 78753

TOTAL: 82

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: joconnor@lplegal.com | Jun 02 2026 23:17:00 | John R O'Connor, Levenfeld Pearlstein LLC, 120 S. Riverside Plaza, Ste. 1800, Chicago, IL 60606 |
| tr | + EDI: QPNMETROU.COM | Jun 03 2026 03:03:00 | Peter N Metrou, Peter N. Metrou, Chapter 7 Trustee, 19 E Jackson Street, Oswego, IL 60543-8696 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32085914 | | John Aquino Revocable Trust |
| 32085921 | *+ | Legendary Licensing, LLC, 2900 W. Alameda Ave., Suite 1500, Burbank, CA 91505-4271 |
| 32085957 | *+ | Wanger Income and Growth Fund, LP, 42 East Schiller, Chicago, IL 60610-2110 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0752-1                               User: admin                                    Page 3 of 3
Date Rcvd: Jun 02, 2026                          Form ID: 309C                               Total Noticed: 84

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| John R O'Connor | on behalf of Debtor 1 ENKLU  Inc. joconnor@lplegal.com, nbailey@lplegal.com;ikropiewnicka@lplegal.com;gnegrete@lplegal.com;kpatton@lplegal.com;druiz@lplegal.com;gnegrete@lplegal.com |
| Peter N Metrou | trustee7@metandnem.com  pmetrou@ecf.axosfs.com |

TOTAL: 3